B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re    **William Brian Macklin**
       **Karen Ann Macklin**                               Case No.    **14-32746**
                                         Debtor(s)           Chapter      **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

B8 (Form 8) (12/08)                                                                                   Page 2

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Citizens | **Describe Property Securing Debt:**<br>24' Pontoon boat |

Property will be (check one):
  ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Covington Credit | **Describe Property Securing Debt:**<br>camera, watch, dvd, bracelet, ring, wii, ps3, bracelet |

Property will be (check one):
  □ Surrendered            ■ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  ■ Other.  Explain  **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    □ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Ford Motor Credit | **Describe Property Securing Debt:**<br>2013 Ford Transit Van (130k miles) |

Property will be (check one):
  ■ Surrendered            □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Freedom Road Financial | **Describe Property Securing Debt:**<br>2008 Harley Davidson Road King (22k miles) |

B8 (Form 8) (12/08)  
Page 3

| Property will be (check one): ☐ Surrendered  ■ Retained |
|---|
| If retaining the property, I intend to (check at least one): <br> ☐ Redeem the property <br> ☐ Reaffirm the debt <br> ■ Other. Explain **Retain and continue making regular scheduled payments.** (for example, avoid lien using 11 U.S.C. § 522(f)). |
| Property is (check one): <br> ■ Claimed as Exempt    ☐ Not claimed as exempt |

**Property No. 5**

| Creditor's Name: <br> **Springleaf Financial** | Describe Property Securing Debt: <br> **2001 Ford Mustang (120k miles)** |
|---|---|

| Property will be (check one): ☐ Surrendered  ■ Retained |
|---|
| If retaining the property, I intend to (check at least one): <br> ☐ Redeem the property <br> ☐ Reaffirm the debt <br> ■ Other. Explain **Retain and continue making regular scheduled payments.** (for example, avoid lien using 11 U.S.C. § 522(f)). |
| Property is (check one): <br> ■ Claimed as Exempt    ☐ Not claimed as exempt |

**Property No. 6**

| Creditor's Name: <br> **Title Max** | Describe Property Securing Debt: <br> **2001 Dodge Intrepid (140k miles)** |
|---|---|

| Property will be (check one): ■ Surrendered  ☐ Retained |
|---|
| If retaining the property, I intend to (check at least one): <br> ☐ Redeem the property <br> ☐ Reaffirm the debt <br> ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). |
| Property is (check one): <br> ☐ Claimed as Exempt    ■ Not claimed as exempt |

**Property No. 7**

| Creditor's Name: <br> **UT Federal Credit Union** | Describe Property Securing Debt: <br> **2008 Isuzu Ascender (147k miles)** |
|---|---|

B8 (Form 8) (12/08) Page 4

| Property will be (check one): ☐ Surrendered  ■ Retained |
|---|

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain __Retain and continue making regular scheduled payments.__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:** <br> **Wells Fargo** | **Describe Property Securing Debt:** <br> **401k** |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
■ Other. Explain __Retain and continue making regular scheduled payments.__ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES     ☐ NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date __September 10, 2014__          Signature    __/s/ William Brian Macklin__   *William Brian Macklin*
                                                  William Brian Macklin
                                                  Debtor

Date __September 10, 2014__          Signature    __/s/ Karen Ann Macklin__   *Karen Ann Macklin*
                                                  Karen Ann Macklin
                                                  Joint Debtor